2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PEDRO VALENCIA-AYALA, et al.,

                                        Petitioner-Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

                                        Respondent-Defendants.

Case No.:  20-cv-2060-DMS-KSC

**ORDER (1) SUSPENDING CIVIL
ARRESTS AND (2) SETTING
BRIEFING SCHEDULE**

On October 21, 2020, this matter came before the Court for a status conference. Upon agreement of the parties, it is ordered that U.S. Immigration and Customs Enforcement ("ICE") and U.S. Border Patrol ("USBP") shall suspend civil arrests on the grounds of the U.S. District Court for the Southern District of California courthouse complex for a period of three weeks.  This order shall be in effect through November 11, 2020, pending the following briefing schedule:

Respondent-Defendants shall file a response to Petitioner-Plaintiffs' motion for temporary restraining order on or before **October 30, 2020**.  Petitioner-Plaintiffs may file a reply on or before **November 4, 2020**.  Hearing on the motion is set for **November 10, 2020 at 10:00 a.m.**

/ / /

1     **IT IS SO ORDERED.**

2     Dated:  October 21, 2020

3                                                          _____
                                                           Hon. Dana M. Sabraw
4                                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20-cv-2060-DMS-KSC