UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VALENCIA-AYALA, et al., <br><br> Petitioner-Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondent-Defendants. | Case No.: 20-cv-2060-DMS-KSC <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF** |

This case comes before the Court on the American Immigration Law Association's motion for leave to file a brief *amicus curiae*. (ECF No. 7.) The motion is unopposed. (*See id.*) Accordingly, the Court GRANTS the motion.

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
Hon. Dana M. Sabraw
United States District Judge