# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZEO VELAZQUEZ-HERNANDEZ, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants-Respondents. | Case No.: 20-cv-02060-DMS-AHG <br><br> **ORDER RE: PRELIMINARY INJUNCTION BRIEFING** |

On November 16, 2020, following briefing and argument, the Court granted Plaintiffs' motion for a temporary restraining order. (ECF No. 19.) The Court issued a TRO and set it to expire on November 30, 2020. The Court ordered the parties to meet and confer regarding resolution and next steps in this case. The parties have not resolved this matter, but have agreed to a simplified procedure for the Court's ruling on Plaintiffs' motion for a preliminary injunction. The parties agree to submit based on their TRO briefing and argument, with the addition of a short supplemental filing. Good cause appearing, the Court grants the parties' joint motion and orders as follows:

1. The temporary restraining order issued on November 16, 2020 is extended until such date as the Court has ruled on Plaintiffs' motion for a preliminary injunction;
2. The parties shall submit their joint supplement to the record no later than December 18, 2020;

3. The Court will rule on Plaintiffs' motion for a preliminary injunction based on: the supplemental joint filing, the parties' briefing and argument on plaintiffs' TRO motion, and the complaint and court record in this matter.

**IT IS SO ORDERED.**

Dated: November 30, 2020

Hon. Dana M. Sabraw
United States District Judge