JEREMY DELICINO (CA Bar 296120)
550 West C Street, Suite 620
San Diego, California 92101
jeremy@jeremydelicino.com
(619) 357-6677

JAMES JOHNSON (CA Bar 229811)
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
james@johnsontrial.com
(424) 272-6680

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZEO VELAZQUEZ-HERNANDEZ, *et al.*,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCMENT, *et al.*,<br><br>Defendants-Respondents. | Case No. 20-CV-02060-DMS-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                Respectfully submitted,

Dated: April 28, 2021         *s/ James M. Johnson*
                                          James M. Johnson
                                          EMAIL: james@johnsontrial.com

                                          Jeremy Delicino
                                          EMAIL: jeremy@jeremydelicino.com

                                          Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE